# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

HOME DESIGN SERVICES, INC.

    VS                                        CASE NO.  3:08cv257 LAC/MD

JEFFREY EBER, ET AL

**REFERRAL AND ORDER**

Referred to Magistrate Judge Davis on   <u>November 7, 2008</u>
Type of Motion/Pleading: <u>MOTIONS TO COMPEL RESPONSES TO REQUEST FOR PRODUCTION AND FOR SANCTIONS AGAINST DEFENDANTS, JOHN H. ELAMAD AND CREATIVE DESIGN</u>
Filed by: <u>Plaintiff</u>          on <u>11/7/08</u>      Document  <u>50, 51, 52</u>
( )   Stipulated/Consented/Joint Pleading
RESPONSES:
<u>Defendants John H. Elamad</u>     on <u>11/7/08</u>     Doc.# <u>54</u>
<u>and Creative Design</u>          on _____     Doc.# _____

                            WILLIAM M. McCOOL, CLERK OF COURT

                            <u>/s/Lynn C. Uhl</u>
                            Deputy Clerk: Lynn Uhl

**ORDER**

Upon consideration of the foregoing, it is ORDERED this 10th day of November, 2008, that:

(a)   The requested relief is GRANTED to the extent Elamad and Creative Design have stipulated as set out in their response (doc. 54, p. 4).  They will follow through as indicated.

(b)   Plaintiff's request for sanctions is denied absent proof of <u>clear</u> intent on whether a motion was imminent.

(C)   For future guidance in the event of discovery disputes, the parties should review the court's standard discovery order at **http://www.flnd.uscourts.gov/attorneys/publication_order_davis.pdf**.

                                      /s/ *Miles Davis*
                                      MILES DAVIS
                                      UNITED STATES MAGISTRATE JUDGE

Entered On Docket: _____  By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____
_____

Document No.