IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

HOME DESIGN SERVICES, INC.,
    Plaintiff,
vs.                                                Case: 3:08cv257/LAC/MD

JEFFREY EBER, et al.,
    Defendants.
_____ /

## **ORDER**

      This case is before the court on the plaintiff's "Motion to Compel Discovery Responses from defendant Concept Building Company of Destin, Inc. and for Sanctions" (doc. 66) and "Motion for Contempt and Sanctions" against defendant Danny Renn due to Mr. Renn's failure to appear for a scheduled and noticed deposition. (Doc. 67). The court directed defendant Renn to respond to each of these motions (doc. 68 & 71), but he has failed to do so. In addition, the court notes that the Rule 7.1(B) certificate on the former motion indicates that "Danny Renn has advised that he has no intention of providing any documents or responses in connection to Concept Building of Destin, Inc." (Doc. 66 at 2). The plaintiff's motions will be granted in their entirety.

      Accordingly, it is ORDERED:

      Plaintiff's Motion to Compel Discovery Responses and for Sanctions (doc. 66) is GRANTED. With respect to the motion to compel, defendant shall respond fully and completely to plaintiff's discovery requests on or before **Monday, January 5, 2009.** This means that plaintiff's counsel must have the defendant's responses **in hand** on or before that date. With respect to the request for sanctions, plaintiff shall submit documentation in support of the amount it seeks on or before **January 5, 2009.** Defendant may file his objection to the amount requested, if any, such that it is received by the clerk on or before **January 12, 2009.**

Plaintiff's Motion for Contempt and Sanctions (doc. 67) is GRANTED.  On or before **January 5, 2009**, defendant shall cooperate in scheduling and appearing for a deposition.  Plaintiff shall submit documentation in support of the amount it seeks on or before **January 5, 2009**.  Defendant may file his objection to the amount requested, if any, such that it is received by the clerk on or before **January 12, 2009.**

If defendant fails to comply with any portion of this order, default may be entered against him and Concept Building of Destin, Inc. upon motion by the plaintiff.

**DONE AND ORDERED** this 19th day of December, 2008.

/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**