UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

HOME DESIGN SERVICES, INC.,

      Plaintiff,

v.                            CASE NO.: 3:08cv257 LAC/MD

JEFFREY EBER, GERALDINE EBER,
CREATIVE DESIGN ASSOCIATES, INC.,
JOHN H. ELAMAD, CONCEPT BUILDING
COMPANY OF DESTIN, INC., AND
DANNY RENN,

      Defendants.

_____/

## AFFIDAVIT OF JAMES ZIRKEL IN SUPPORT OF
## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

STATE OF FLORIDA
COUNTY OF SEMINOLE

COMES NOW, James Zirkel, President of Home Design Services, Inc., and makes this

Affidavit in Support of Plaintiff's Motion for Summary Judgment, and states:

1.   That I am the President and CEO of the Plaintiff corporation, Home Design Services,

     Inc. ("HDS") and have personal knowledge of the facts stated herein.

2.   That HDS is a design firm engaged in the business of designing homes.

3.   That HDS is owned by myself and my wife, Janice.

4.   That Plaintiff is the creator of the original work known as the "91-162-1865" a/k/a

     the HDS-1865. The HDS-1865 was not copied from any other work.

5.   That the HDS-1865 was originally created by me in or around 1991 and has always

     been owned by HDS.

6.   That HDS is the owner of the entire right, title and interest in and to the HDS-1865



EXHIBIT
"A"

and in and to the copyrights thereon and registrations thereof.

7.    That HDS publishes catalogs of plans that include the HDS-1865 throughout the United States.

8.    That the HDS-1865 is one of HDS' popular plans.

9.    That I have compared the HDS-1865 and the plans/ house located at 855 N. Indigo Loop, Destin, Florida. I have determined that the house and its design is an infringement of the HDS-1865. True copies of the HDS-1865 and the infringing plan for the 855 N. Indigo Loop plan are attached as Ex. 1 and Ex. 2 to this Affidavit.

10.    That at the time the Defendants infringed upon the HDS-1865, the cost to purchase the plans from HDS was $495.00 for each plan.

11.    That none of the Defendants ever purchased, nor were they ever granted rights or a license to use the HDS-1865 or any other of HDS' plans.

[The remainder of this page is left intentionally blank.]

2

FURTHER AFFIANT SAYETH NAUGHT.

_____
JAMES ZIRKEL

The foregoing Affidavit of James Zirkel was sworn to and subscribed before me on this 27

day of January, 2009, by James Zirkel, who is [ ✔ ] personally known to me or [ ] produced

_____ as identification.

_____
Notary Public
Printed Name: Andrea J. Rosenberg-Lewis
My Commission Expires: 11/7/11

(SEAL)

```
ANDREA J ROSENBERG-LEWIS
Commission # DD 730842
Expires: November 7, 2011
```

3



# HDS - 1865

4 Bedrooms,        2 Baths

Total Living Area:...........1865 sq. ft.
  Main Floor:.............1865 sq. ft.
  Upper Floor:............000 sq. ft.
  Optional Bonus:.........000 sq. ft.
  Garage:................400 sq. ft.

Exterior Walls:....Conc. Masonry
Foundation:.............Slab

Foot Print:
  Width:..............45' 0"
  Depth:..............66' 0"
  Height:.............20' 2"+

Elevations are artists' conceptions. Floorplans and elevation
are subject to change. Dimensions are approximate. Consult
working drawings for actual dimensions and information.



Main Floor



3 Car Garage

EXHIBIT

"1"

Home Design Services, Inc.



home design services, inc.



Optional 3 Car Garage Plan

Foundation Plan

CRAWL SPACE OPTION

2b

home design services, inc.



home design services, inc.
750 plano springs drive
longwood, fl 32770











EAST ELEVATION

NORTH ELEVATION

EXHIBIT
"2"



EXTERIOR ELEVATIONS

A RESIDENCE FOR
JEFF EBER
LOT 5 BLOCK 6 EMERALD BAY
WALTON COUNTY, FLORIDA

CREATIVE DESIGN ASSOCIATES, INC.



WEST ELEVATION

SOUTH ELEVATION





EXTERIOR ELEVATIONS

A RESIDENCE FOR
JEFF EBER

LOT 3 BLOCK 8 EMERALD BAY
WALTON COUNTY, FLORIDA

CREATIVE DESIGN ASSOCIATES, INC.





FLOOR PLAN



| FLOOR PLAN | A RESIDENCE FOR JEFF EBER | CREATIVE DESIGN ASSOCIATES, INC. |
| --- | --- | --- |
| | LOT 9 BLOCK 6 EMERALD BAY WALTON COUNTY, FLORIDA | |