UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

HOME DESIGN SERVICES, INC.,

    Plaintiff,

v.                                                               CASE NO.: 3:08cv257/LAC/MD

JEFFREY EBER, GERALDINE EBER,
CREATIVE DESIGN ASSOCIATES, INC.,
JOHN H. ELAMAD, CONCEPT BUILDING
COMPANY OF DESTIN, INC., AND
DANNY RENN,

    Defendants.
_____/

## AFFIDAVIT OF JEFFREY EBER

STATE OF FLORIDA
COUNTY OF _____

    BEFORE ME, the undersigned authority, personally appeared Jeffrey Eber, who, after being duly sworn, deposes and says:

    1.    My name is Jeffrey Eber. I have personal knowledge of the facts contained herein, and am otherwise competent to make this Affidavit.

    2.    In the fall of 1996, my mom gave me a book of plans from Home Design Services, Inc. (hereinafter referred to as "HDS"), including a plan called the HDS-1865. I saw the HDS-1865 plan, which I thought would fit the odd shaped lot we owned.

    3.    My mom and I went to John H. Elamad at Creative Design Associates, Inc. to retain his efforts in drafting construction documents based on the HDS-1865 for the construction of our house. I told the designer I wanted a home designed similar to the HDS-1865 plan, but larger.


EXHIBIT "B"

4. We did not leave a copy of the HDS plan book with the designer. The designer may have made a photocopy of the HDS-1865. I do not know and/or remember for sure.

5. We paid Mr. Elamad's company ($2,500.00) Two Thousand, Five Hundred Dollars for his services.

6. We never paid a licensing fee of any kind to HDS for the use of the HDS-1865 or any other plan.

7. We took the plans Mr. Elamad prepared and used them to construct a house at 855 N. Indigo Loop, Destin, Florida.

8. I worked as a foreman for Danny Renn. Danny Renn, was the builder, who constructed a house from the plans given to us by Mr. Elamad, referenced above, at 855 N. Indigo Loop, Destin, Florida. Concept Building Company of Destin, Inc. was paid $203,000.00 for subcontractors, products, and supplies used in constructing the house located at that address. Mr. Renn was the sole owner of Concept Building Company of Destin, Inc. and he directed construction at that address.

9. I have not been promised, threatened or induced in any way into signing this affidavit or making any of the representations made herein.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Jeffrey Eber

The foregoing Affidavit of _Jeffrey Eber_ was sworn to and subscribed before me on this _18th_ day of November, 2008, by _Jeffrey Eber_, who is [ ] personally known to me or [✓] produced _FL DL_ as identification.

_____
Notary Public
Printed Name: Angela D. Morton
My Commission Expires: 8-3-2010

(SEAL)

ANGELA D. MORTON
MY COMMISSION # DD 581506
EXPIRES: August 3, 2010
BONDED THRU CNA SURETY