UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

HOME DESIGN SERVICES, INC.,

    Plaintiff,

v.                                                          CASE NO.: 3:08cv257/LAC/MD

JEFFREY EBER, GERALDINE EBER,
CREATIVE DESIGN ASSOCIATES, INC.,
JOHN H. ELAMAD, CONCEPT BUILDING
COMPANY OF DESTIN, INC., AND
DANNY RENN,

    Defendants.
_____/

### AFFIDAVIT OF GERALDINE EBER

STATE OF FLORIDA
COUNTY OF _____

    BEFORE ME, the undersigned authority, personally appeared Geraldine Eber, who, after being duly sworn, deposes and says:

    1.    My name is Geraldine Eber. I have personal knowledge of the facts contained herein, and am otherwise competent to make this Affidavit.

    2.    In the fall of 1996, I saw an advertisement for books of home plans owned by Home Design Services, Inc. (hereinafter referred to as "HDS"). I ordered the books over the telephone and received them.

    3.    My son, Jeffrey Eber, and I, had picked out a piece of property. I gave the books to my son because he was looking for home ideas.

    4.    I took my son to John H. Elamad at Creative Design Associates, Inc. to retain his

Page 1 of 3



efforts in drafting construction documents for a home. My son and I met with a designer at Creative Design Associates, Inc. At this meeting, my son showed a picture of HDS-1865 to the designer. My son asked for something similar to HDS-1865, but larger.

5. So that Mr. Elamad and Creative Design Associates, Inc. could produce the HDS-1865 documents, my son and I showed the designer the picture of HDS-1865. We took the book home from the meeting.

6. We took the plans that Mr. Elamad prepared. We paid Mr. Elamad's company $2,500.00 for its services.

7. The plans from Mr. Elamad's company were used to construct a house at 855 N. Indigo Loop, Destin, Florida. We never paid a licensing fee of any kind to HDS for the use of the HDS-1865 or any other plan.

8. I am not, nor have I ever been, in the business of constructing homes, nor have I ever constructed a house for any purpose other than to live in it.

9. I have never used any house design created by HDS, other than the HDS-1865.

10. My son worked under Danny Renn, to construct a house from the plans given to us by Mr. Elamad, referenced above, at 855 N. Indigo Loop, Destin, Florida. We paid Concept Building Company of Destin, Inc. $203,000 for subcontractors, products, and supplies used in constructing the house located at that address. Mr. Renn was the sole owner of Concept Building Company of Destin, Inc. and he directed construction at that address.

11. I have not been promised, threatened or induced in any way into signing this affidavit or making any of the representations made herein.

[The space remaining on this page is intentionally left blank]

FURTHER AFFIANT SAYETH NAUGHT.

*Geraldine Eber*
Geraldine Eber

The foregoing Affidavit of Geraldine Eber was sworn to and subscribed before me on this 18 day of November, 2008, by Geraldine Eber, who is [ ] personally known to me or [X] produced Florida Drivers License as identification.

Notary Public
Printed Name: WANDA A. RIVERA
My Commission Expires: May 18, 2012

(SEAL)



WANDA A. RIVERA
MY COMMISSION # DD 780492
EXPIRES: May 18, 2012
Bonded Thru Notary Public Underwriters