IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

HOME DESIGN SERVICES, INC.,
    Plaintiff,
vs.                                        Case: 3:08cv257/LAC/MD

JEFFREY EBER, et al.,
    Defendants.
_____ /

## ORDER

    Defendant Danny Renn[1] has filed a pleading entitled "response to plaintiff's motion for summary judgment and defendant Danny Renn's Motion for Summary Judgment." (Doc. 100). The court shall take the instant motions under advisement on May 18, 2009.[2] Because the court does not contemplate scheduling a hearing on the parties' motions, the parties are directed to file and serve affidavits and any other evidentiary materials authorized to be filed under the Federal Rules of Civil Procedure *before* the above date. Only those pleadings and evidentiary materials currently in the record or filed prior to the above date will be considered by the court in ruling on the motions for summary judgment.

    **DONE AND ORDERED** this 16th day of April, 2009.

/s/ *Miles Davis*
MILES DAVIS
UNITED STATES MAGISTRATE JUDGE

---

[1] Concept Building, the corporate defendant, has not responded.

[2] The response to a motion for summary judgment must be filed within the time prescribed by the Federal Rules of Civil Procedure and the Local Rules.