# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

HOME DESIGN SERVICES, INC.,

    Plaintiff,

v.                                                     Case No. 3:08cv257/LAC/MD

JEFFREY EBER, GERALDINE EBER,
CREATIVE DESIGN ASSOCIATES, INC.,
JOHN H. ELAMAD, CONCEPT BUILDING
COMPANY OF DESTIN, INC., AND
DANNY RENN,

    Defendants.
_____/

## ORDER OF DISMISSAL

Before the Court Plaintiff's motion for voluntary dismissal with prejudice (Docs. 122, 123) as to the remaining Defendants in this action, Danny Renn and Concept Building Company of Destin, Inc. Upon consideration of the foregoing and pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, it is hereby **ORDERED**:

1. This action is **DISMISSED** with prejudice as against Defendants Danny Renn and Concept Building Company of Destin, Inc. with respect to all claims arising out of this action and with each party to bear its own fees and costs.

2. The Clerk is directed to close this case.

**ORDERED** on this 4th day of November, 2009.

                                                           s/ *L.A. Collier*
                                                           Lacey A. Collier
                                                          Senior United States District Judge